No. 25-1987

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

MARY HOLMES, EMPOWER MISSOURI, DENISE DAVIS, AND
ANDREW DALLAS,

*Plaintiffs – Appellees*

v.

JESSICA BAX, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE MISSOURI
DEPARTMENT OF SOCIAL SERVICES,

*Defendant – Appellant*

On Appeal from the United States District Court
For the Western District of Missouri,
Case No. 2:22-cv-04026 (Harpool, J.)

## BRIEF FOR FOOD RESEARCH & ACTION CENTER
## AS *AMICUS CURIAE* IN SUPPORT OF
## PLAINTIFFS-APPELLEES AND URGING AFFIRMANCE

Samantha L. Chaifetz
Josh Gardner
Samuel Pollock-Bernard
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Tel: 202-799-4000

*Counsel for Amicus Curiae
Food Research & Action Center*

## DISCLOSURE STATEMENT

*Amicus Curiae* Food Research & Action Center is a nonprofit organization and has no parent corporations. It has no stock and, therefore, no publicly held company owns 10% or more of its stock.

# TABLE OF CONTENTS

DISCLOSURE STATEMENT.................................................................i

TABLE OF CONTENTS ...................................................................ii

INTEREST OF AMICUS CURIAE.....................................................1

INTRODUCTION.............................................................................3

ARGUMENT ....................................................................................5

I.   Access to SNAP Is Vital to the Health and Well-Being of Millions of Americans, Including Hundreds of Thousands of Missourians. ......5

    A. By mitigating food insecurity, SNAP improves the health and well-being of program participants, which also benefits their communities..............................................................................7

    B. SNAP is especially important for America's most vulnerable low-income populations—children, elderly, and disabled persons—as well as the working poor.............................................................13

    C. SNAP provides crucial benefits in Missouri..............................20

II.  The District Court's Order Properly Protects Plaintiffs' Access to Vital SNAP Benefits and Their Far-Reaching Benefits.................21

CONCLUSION ...............................................................................25

CERTIFICATE OF COMPLIANCE...........................................................

CERTIFICATE OF SERVICE..................................................................

# TABLE OF AUTHORITIES

**Page(s)**

**Statutes**

7 U.S.C. § 2011 ..............................................................................3, 21

7 U.S.C. § 2013 ....................................................................................3

7 U.S.C. § 2014 ...................................................................3, 4, 17, 22

7 U.S.C. § 2020 ..............................................................3, 4, 21, 25

Mo. Rev. Stat. § 205.960..................................................................3

**Regulations**

7 C.F.R. § 273.2 ................................................................................22

7 C.F.R. § 273.7 ................................................................................17

**Other Authorities**

*ACP Says Food Insecurity Is a Threat to Public Health in the United States*, AM. COLL. OF PHYSICIANS (June 27, 2022), https://perma.cc/Z4RL-DD5J .......................................................7

Alexandra Ashbrook, *Food Insecurity and Housing Instability Are Inextricably Linked*, FOOD RSCH. & ACTION CTR. (Nov. 20, 2023), https://perma.cc/C2XX-QVG8.......................12, 14

*An Ounce of Prevention Is Worth a Pound of Cure*, MERRIAM WEBSTER, https://perma.cc/DSG3-FLTJ .......................................................11

Angela Odoms-Young et al., *Food Insecurity, Neighborhood Food Environment, and Health Disparities: State of the Science, Research Gaps, and Opportunities*, 119 AM. J. CLINICAL NUTRITION 850 (2024), https://perma.cc/7TU9-QCXX...................13

Annette Kendall & Luke Dietterle, *Food Access and Insecurity*, MO. ECON. INDICATORS (MU Extension), Feb. 17, 2025, https://perma.cc/L4QR-T5YR ........................................................ 20

Aranka Anema et al., *Relationship Between Food Insecurity and Mortality Among HIV-Positive Injection Drug Users Receiving Antiretroviral Therapy in British Columbia, Canada*, PLOS ONE, May 27, 2013, https://perma.cc/RPT6-YGD3 ................................. 7

Aris Folley, *SNAP Increase Helped Lift Nearly 3M People out of Poverty: Analysis*, HILL (Apr. 22, 2025), https://perma.cc/XJZ2-GR6K ...................................................... 18

Bonnielin K. Swenor et al., *Food Insecurity in the Disability Community: Disparities in SNAP Access*, HEALTHAFFAIRS (May 17, 2021), https://perma.cc/NX47-J5KR .............................. 17

Catlin Nchako, *A Closer Look at Who Benefits from SNAP: State-by-State Fact Sheets*, CTR. ON BUDGET & POL'Y PRIORITIES (Jan. 21, 2025), https://perma.cc/5MAC-YY8G .............................. 20

*Characteristics of SNAP Households: Fiscal Year 2023*, USDA FOOD & NUTRITION SERV., https://perma.cc/79UH-BXAJ ........ 13, 16

*Chart Book: SNAP Helps Struggling Families Put Food on the Table*, CTR. ON BUDGET & POL'Y PRIORITIES (Nov. 25, 2024), https://perma.cc/SK9A-9YDD...................................... 9, 14, 16, 18

Cindy W. Leung et al., *Food Insecurity Is Associated with Multiple Chronic Conditions and Physical Health Status Among Older US Adults*, PREVENTIVE MED. REPS., Dec. 2020, https://perma.cc/36S7-3HVL ......................................................... 7

Colleen M. Heflin et al., *The Effect of the Supplemental Nutrition Assistance Program on Mortality*, HEALTH AFF (Nov. 2019), https://perma.cc/8QWM-5KVE...................................................... 10

Fei Men et al., *Food Insecurity Is Associated with Mental Health Problems Among Canadian Youth*, 75 J. EPIDEMIOLOGY & CMTY. HEALTH 741 (2021), https://perma.cc/G9GM-74RG .............. 7

Fei Men et al., *Prescription Medication Nonadherence Associated with Food Insecurity: A Population-Based Cross-Sectional Study*, 7 CMAJ OPEN E590 (2019), https://perma.cc/GX2V-B4VV.............. 7

*Food Security in the U.S. – Definitions of Food Security*, USDA ECON. RSCH. SERV., https://perma.cc/5QXV-JVTL ..................................... 5

*Food Security in the U.S. – Key Statistics & Graphics*, USDA ECON. RSCH. SERV. (updated Jan. 8, 2025), https://perma.cc/G9EM-L3RX ...................................................... 6

*Get the Facts on Food Insecurity and Older Adults*, NAT'L COUNCIL ON AGING (June 1, 2024), https://perma.cc/VN5Z-9SMA............... 15

Hayley Brown et al., *The Disability and Economic Justice Chartbook*, CTR. FOR ECON. & POL'Y RSCH. (Oct. 1, 2024), https://perma.cc/T8GS-REBC ....................................................... 17

Heather Hartline-Grafton, *Hunger Is a Health Issue for Older Adults*, FOOD RSCH. & ACTION CTR. (Dec. 2019), https://perma.cc/KN6R-ECR5........................................................................................ 16

Hilary K. Seligman et al., *Food Insecurity Is Associated with Chronic Disease Among Low-Income NHANES Participants*, 140 J. NUTRITION 304 (2010), https://perma.cc/M2QX-EFKG ................... 7

Jingkai Wei et al., *Supplemental Nutrition Assistance Program and Depressive Symptoms Among Adults with Low Family Income in the U.S.*, JOURNAL OF AFFECTIVE DISORDERS (Oct. 2024), https://perma.cc/KV4X-U5RQ ....................................................... 9

Juliana F.W. Cohen et al., *Universal School Meals and Associations with Student Participation, Attendance, Academic Performance,*

*Diet Quality, Food Security, and Body Mass Index: A Systematic Review*, NUTRIENTS, Mar. 2021, https://perma.cc/9XFU-PY9G.....14

Laura Wheaton & Victoria Tran, *The Antipoverty Effects of the Supplemental Nutrition Assistance Program*, URBAN INST. (Feb. 2018), https://perma.cc/6XP4-5CTU .....................................18

Luis Guardia & Ellen Vollinger, *SNAP Promotes Food Security, Jobs, and Dignity During COVID-19 and Beyond*, FOOD RSCH. & ACTION CTR.: FRAC CHAT (June 21, 2021), https://perma.cc/GB7Z-R768 ........................................12

Katelin M. Alfaro-Hudak et al., *SNAP and Cardiometabolic Risk in Youth*, NUTRIENTS (2022), https://perma.cc/ZB96-MR9P ...............9

*Missouri*, FEEDING AM., https://perma.cc/8QSF-UDJF ...........................6

*Missouri: Supplemental Nutrition Assistance Program*, CTR. ON BUDGET & POL'Y PRIORITIES (Jan. 21, 2025), https://perma.cc/63ZS-N8PQ........................................21

*Overview of the Supplemental Nutrition Assistance Program (SNAP) in Missouri*, MISSOURI BUDGET PROJECT (Apr. 7, 2025), https://perma.cc/YD35-29EK ...............................21

Patrick Canning & Brian Stacy, *The Supplemental Nutrition Assistance Program (SNAP) and the Economy: New Estimates of the SNAP Multiplier*, UNITED STATES DEPARTMENT OF AGRICULTURE (July 2019), https://perma.cc/CE6C-NFFJ...........................................12

*Protect SNAP to Reduce Hunger and Strengthen Local Economies*, FOOD RSCH. & ACTION CTR. (May 2025), https://perma.cc/XE9J-U3Q3 .........................................8

*Protect SNAP to Reduce Hunger and Strengthen Local Economies in Missouri*, FOOD RSCH. & ACTION CTR. (May 2025), https://perma.cc/EY2W-NPCU......................................20

R. William Evans et al., *Investigating the Poverty-Reducing Effects of SNAP on Non-Nutritional Family Outcomes: A Scoping Review*, MATERNAL & CHILD HEALTH JOURNAL (Feb. 2024), https://perma.cc/CX3Q-9WTY ........................................................ 12

Sabrina K. Young et al, *The SNAP Cycle and Diabetes Management*, DIABETES CARE (Aug. 2022), https://perma.cc/ZXD2-ACKV ............ 9

Sara Heath, *Food Insecurity, SDOH Costs $2.5K in Family Healthcare Expenditures*, TECHTARGET (Jan. 10, 2023), https://perma.cc/355M-5PSR ........................................................ 8

Seth A. Berkowitz et al., *State-Level and County-Level Estimates of Health Care Costs Associated with Food Insecurity*, PREVENTING CHRONIC DISEASE, July 11, 2019, https://perma.cc/NQD9-EHDY ........................................................ 8

Seth A. Berkowitz et al., *Supplemental Nutrition Assistance Program Participation and Health Care Expenditures Among Low-Income Adults*, JAMA INTERNAL MED., Nov. 2017, https://perma.cc/DL8J-U5US ........................................................ 11

Stephanie Ettinger de Cuba et al., *Punishing Hard Work: The Unintended Consequences of Cutting SNAP Benefits*, CHILDREN'S HEALTHWATCH (Dec. 2013), https://perma.cc/GND5-E5T3 ........................................................ 11

Steven Carlson & Joseph Llobrera, *SNAP Is Linked with Improved Health Outcomes and Lower Health Care Costs* (Dec. 2022), https://perma.cc/LCG8-HDHB ........................................................ 11

Tracey Loveless, *Most Families With 2018 SNAP Benefits Had At Least One Person Working*, U.S. CENSUS BUREAU (July 21, 2020), https://perma.cc/6RB8-7N7D ........................................................ 17

*What Are the Implications of Food Insecurity for Health and Health Care?*, PROOF, https://perma.cc/T6WD-LHKQ ............................... 7

*Amicus curiae* Food Research & Action Center (FRAC) is the leading national nonprofit organization working to eradicate poverty-related hunger and malnutrition in the United States. For more than fifty years, FRAC has advanced policy solutions to improve the nutrition, health, and well-being of low-income individuals and families. Through research, advocacy, and partnerships, FRAC helps to shape and to defend federal nutrition programs—including the Supplemental Nutrition Assistance Program (SNAP), the nation's largest and most effective anti-hunger initiative.

FRAC's interest in this litigation reflects its longstanding commitment to addressing the needs of those facing food insecurity. FRAC's research shows that SNAP is a cornerstone of the nation's public health infrastructure and that access to SNAP benefits is critical to the fight against hunger. FRAC has experience and expertise in analyzing the demographic and geographic reach of SNAP, documenting its positive

---

[1] No party's counsel authored this brief in whole or in part and no person other than *amicus curiae* contributed money intended to fund preparing or submitting this brief. Fed. R. App. P. 29(4)(E). The parties' counsel have consented to FRAC's participation as *amicus curiae*.

effects on health and well-being, and evaluating the consequences of proposed restrictions or administrative burdens.

FRAC submits this brief to assist the Court in understanding the implications of restricting access to SNAP benefits by imposing unwarranted or unlawful obstacles. Drawing on decades of research and policy work, FRAC seeks to highlight how doing so harms low-income households—especially working families with children, the elderly, and disabled persons—and undermines the program's statutory purpose.

**INTRODUCTION**

Millions of Americans, including hundreds of thousands of Missourians, lack adequate access to food. The consequences of this for their health and welfare are devastating. Recognizing the dangers of food insecurity, Congress established SNAP, the largest and most effective anti-hunger initiative in the country.

SNAP is a federally funded, state-administered program that provides a lifeline to Americans facing food scarcity by providing monthly benefits to qualifying households for the purchase of food. 7 U.S.C. § 2011 *et seq.* The U.S. Department of Agriculture (USDA) oversees the program, promulgating regulations applicable to all state agencies administering SNAP benefits—including the Missouri Department of Social Services (DSS). 7 U.S.C. §§ 2013(c), 2020(e)(6)(A); Mo. Rev. Stat. § 205.960.

SNAP's express purpose is to "safeguard the health and well-being of the Nation's population by raising levels of nutrition among low-income households." 7 U.S.C. § 2011; *see id.* § 2014(a) (limiting eligibility to households whose "incomes and other financial resources" substantially limit their ability to obtain a nutritious diet may be eligible for SNAP). To further that statutory objective, federal law requires

participating States to fulfill certain obligations to SNAP applicants. Chief among those obligations, States are responsible for providing "timely, accurate, and fair service to applicants for, and participants in," the program, *id.* § 2020(e)(2)(B)(i), and ensuring that "all eligible households who make [an] application" receive SNAP benefits, *id.* § 2014(a).

Plaintiffs in this case—Mary Holmes, Andrew Dallas, and Denise Davis—filed suit to address Missouri's failures to comply with these obligations, as well as obligations under the Americans with Disabilities Act. Ms. Holmes and Ms. Davis were eligible to receive SNAP benefits and repeatedly attempted to schedule interviews with DSS staff. Mr. Dallas sought a reasonable accommodation so he could complete required paperwork to maintain his SNAP eligibility. But DSS's deficient systems—which introduced undue obstacles, produced excessive delays, and failed to make reasonable accommodations for persons with disabilities available—stymied Plaintiffs at every turn, preventing them from timely accessing and maintaining benefits. Moreover, as the district court recognized, DSS's "systemic, ongoing problems" put Plaintiffs at

4

continuing risk of being unjustly deprived of SNAP benefits. App. 28 (R. Doc. 161 at 26).

The district court correctly concluded that DSS's administration of SNAP is contrary to federal law and issued a remedial order designed to secure the right of Plaintiffs (all eligible Missourians) to access SNAP benefits in the future. App. 40 (R. Doc. 161 at 38); App. 43 (R. Doc. 220). We urge this Court to affirm. As we discuss below, reversal—which would permit DSS to continue to evade its obligations, resulting in the wrongful denial of benefits—would carry dire consequences for the health and well-being of Missourians.

## ARGUMENT

**I.   Access to SNAP Is Vital to the Health and Well-Being of Millions of Americans, Including Hundreds of Thousands of Missourians.**

Access to adequate nutrition is essential. Unfortunately, a large—and growing—number of people face food insecurity in the United States.[2] The most recent data from the USDA show that, across the

---

[2] The United States Department of Agriculture defines "food insecurity" as either "reports of reduced quality, variety, or desirability of diet" or "multiple indications of disrupted eating patterns and reduced food intake." *Food Security in the U.S. – Definitions of Food Security*, USDA ECON. RSCH. SERV., https://perma.cc/5QXV-JVTL.

country, 47.4 million people (accounting for nearly one in seven households) experienced food insecurity in 2023, an increase over the prior eight years.[3] This included an estimated 950,000 Missourians.[4]

As we discuss below, the devastating implications of food insecurity—from profound health consequences to adverse economic effects—are well documented. Importantly, SNAP's countervailing, positive force is equally well established: Studies underscore SNAP's vital role in addressing hunger and malnutrition, and demonstrate its far-reaching benefits for public health and economic stability. Access to SNAP benefits improves health and reduces poverty for program participants nationwide, including in Missouri. Indeed, data make clear the particular importance of SNAP aid in Missouri, which faces relatively high rates of food insecurity and poverty.

---

[3] *Food Security in the U.S. – Key Statistics & Graphics*, USDA ECON. RSCH. SERV. (updated Jan. 8, 2025), https://perma.cc/G9EM-L3RX.
[4] *See Missouri*, FEEDING AM., https://perma.cc/8QSF-UDJF (reporting on 2023 data in the Map the Meal study); *see also Food Security in the U.S. – Key Statistics & Graphics*, USDA ECON. RSCH. SERV., *supra* note 3 (providing household data).

**A.  By mitigating food insecurity, SNAP improves the health and well-being of program participants, which also benefits their communities.**

People who lack access to adequate nutrition have higher risks of chronic, life-threatening diseases, such as Type II diabetes and kidney disease.[5] Malnutrition is also correlated with other health conditions, including cognitive deficits, asthma, anemia, and higher risks of birth defects.[6] And for those with existing health problems, food insecurity can exacerbate their conditions.[7]

---

[5] *See, e.g.*, Cindy W. Leung et al., *Food Insecurity Is Associated with Multiple Chronic Conditions and Physical Health Status Among Older US Adults*, PREVENTIVE MED. REPS., Dec. 2020, https://perma.cc/36S7-3HVL; Hilary K. Seligman et al., *Food Insecurity Is Associated with Chronic Disease Among Low-Income NHANES Participants*, 140 J. NUTRITION 304 (2010), https://perma.cc/M2QX-EFKG.

[6] *ACP Says Food Insecurity Is a Threat to Public Health in the United States*, AM. COLL. OF PHYSICIANS (June 27, 2022), https://perma.cc/Z4RL-DD5J; *What Are the Implications of Food Insecurity for Health and Health Care?*, PROOF, https://perma.cc/T6WD-LHKQ.

[7] Aranka Anema et al., *Relationship Between Food Insecurity and Mortality Among HIV-Positive Injection Drug Users Receiving Antiretroviral Therapy in British Columbia, Canada*, PLOS ONE, May 27, 2013, https://perma.cc/RPT6-YGD3; Fei Men et al., *Prescription Medication Nonadherence Associated with Food Insecurity: A Population-Based Cross-Sectional Study*, 7 CMAJ OPEN E590 (2019), https://perma.cc/GX2V-B4VV; Fei Men et al., *Food Insecurity Is Associated with Mental Health Problems Among Canadian Youth*, 75 J. EPIDEMIOLOGY & CMTY. HEALTH 741 (2021), https://perma.cc/G9GM-74RG.

The adverse health effects of food insecurity also carry enormous economic consequences—for individual families and, in the aggregate, for the American economy. Food-insecure families pay approximately 20% more in healthcare costs than families with adequate nutrition.[8] And the healthcare system in the United States was estimated to spend over $50 billion—nearly 6% of total annual healthcare expenditures—on "excess health care expenditures associated with food insecurity in 2016," *i.e.*, conditions triggered or exacerbated by malnutrition.[9]

SNAP has proven to be a highly effective response to food insecurity, contributing to measurable benefits for the health and well-being of program participants.[10] Research demonstrates that adults who receive SNAP benefits "have fewer sick days, make fewer visits to a doctor, are less likely to forgo needed care because they cannot afford it, and are less

---

[8] Sara Heath, *Food Insecurity, SDOH Costs $2.5K in Family Healthcare Expenditures*, TECHTARGET (Jan. 10, 2023), https://perma.cc/355M-5PSR.
[9] Seth A. Berkowitz et al., *State-Level and County-Level Estimates of Health Care Costs Associated with Food Insecurity*, PREVENTING CHRONIC DISEASE, July 11, 2019, https://perma.cc/NQD9-EHDY.
[10] *Protect SNAP to Reduce Hunger and Strengthen Local Economies*, FOOD RSCH. & ACTION CTR. (May 2025), https://perma.cc/XE9J-U3Q3.

likely to exhibit psychological distress."[11] SNAP participation has also been associated with specific health improvements—such as improved diabetes management and decreased rates of metabolic syndromes, child obesity, and depressive symptoms. [12] Overall, participants in SNAP report better health outcomes than those who do not receive benefits, as reflected in the chart reproduced below.[13]

---

[11] *Chart Book: SNAP Helps Struggling Families Put Food on the Table*, CTR. ON BUDGET & POL'Y PRIORITIES (Nov. 25, 2024), https://perma.cc/SK9A-9YDD.

[12] *See* Sabrina K. Young et al, *The SNAP Cycle and Diabetes Management*, DIABETES CARE (Aug. 2022), https://perma.cc/ZXD2-ACKV; Katelin M. Alfaro-Hudak et al., *SNAP and Cardiometabolic Risk in Youth*, NUTRIENTS (2022), https://perma.cc/ZB96-MR9P; Jingkai Wei et al., *Supplemental Nutrition Assistance Program and Depressive Symptoms Among Adults with Low Family Income in the U.S.*, JOURNAL OF AFFECTIVE DISORDERS (Oct. 2024), https://perma.cc/KV4X-U5RQ.

[13] *Chart Book, supra* note 11.



**SNAP Participants Report Better Health Than Eligible Non-Participants**

Percent more or less likely to describe health as:

Excellent: 10.6%
Very good: 3.9%
Good: -4.0%
Fair: -6.0%
Poor: -4.5%

Note: Adjusted for differences in demographic, socioeconomic, and other characteristics. Sample includes adults aged 20-64 in households with income at or below 130 percent of federal poverty level.

Source: Christian A. Gregory and Partha Deb, "Does SNAP Improve Your Health?" Food Policy, 2015

Indeed, taken together, the benefits of SNAP yield a substantially reduced mortality rate for program participants relative to similarly situated individuals without access to SNAP.[14]

Improved health also yields economic savings. SNAP participation reduces total health expenditures by reducing the prevalence of health conditions associated with food insecurity—thereby avoiding costly

---

[14] Colleen M. Heflin et al., *The Effect of the Supplemental Nutrition Assistance Program on Mortality*, HEALTH AFF (Nov. 2019), https://perma.cc/8QWM-5KVE.

treatments.[15] On average, low-income adults participating- in SNAP incur about $1,400 less in medical care costs annually than non-participant peers, amounting to a 30% savings rate[16] and giving proof to the saying that "[a]n ounce of prevention is worth a pound of cure."[17] Conversely, studies show that losses or reductions in SNAP benefits detrimentally impact food security and health and drive up total health expenditures.[18]

Evidence suggests that the far-reaching benefits associated with SNAP participation may owe in part to the way in which the program alleviates the trade-offs low-income families are often forced to make between food and other necessities, such as preventive healthcare and

---

[15] *See* Steven Carlson & Joseph Llobrera, *SNAP Is Linked with Improved Health Outcomes and Lower Health Care Costs* (Dec. 2022), https://perma.cc/LCG8-HDHB.

[16] Seth A. Berkowitz et al., *Supplemental Nutrition Assistance Program Participation and Health Care Expenditures Among Low-Income Adults*, JAMA INTERNAL MED., Nov. 2017, https://perma.cc/DL8J-U5US.

[17] *An Ounce of Prevention Is Worth a Pound of Cure*, MERRIAM WEBSTER, https://perma.cc/DSG3-FLTJ.

[18] *See, e.g.*, Stephanie Ettinger de Cuba et al., *Punishing Hard Work: The Unintended Consequences of Cutting SNAP Benefits*, CHILDREN'S HEALTHWATCH (Dec. 2013), https://perma.cc/GND5-E5T3; Berkowitz, *supra* note 16.

housing.[19] In this way too, SNAP not only aids individuals but benefits their communities. When households receive SNAP benefits, they are promptly spent on food and facilitate spending on other basic needs, thereby stimulating economic activity.[20] In fact, it is estimated that for every $1 of SNAP benefits, communities generate up to $2 in economic activity.[21]

Over decades and across diverse locations, data demonstrate the importance of SNAP in the fight against hunger and food insecurity, and show that SNAP plays a critical role in supporting our nation's health and quality of life.

---

[19] *See* R. William Evans et al., *Investigating the Poverty-Reducing Effects of SNAP on Non-Nutritional Family Outcomes: A Scoping Review*, MATERNAL & CHILD HEALTH JOURNAL (Feb. 2024), https://perma.cc/CX3Q-9WTY; Alexandra Ashbrook, *Food Insecurity and Housing Instability Are Inextricably Linked*, FOOD RSCH. & ACTION CTR. (Nov. 20, 2023), https://perma.cc/C2XX-QVG8.

[20] During the COVID-19 pandemic, SNAP was responsible for adding or maintaining nearly 200,000 jobs in the grocery industry, 45,000 jobs in agriculture, manufacturing, and transportation, and more than $1 billion in federal tax receipts. Luis Guardia & Ellen Vollinger, *SNAP Promotes Food Security, Jobs, and Dignity During COVID-19 and Beyond*, FOOD RSCH. & ACTION CTR.: FRAC CHAT (June 21, 2021), https://perma.cc/GB7Z-R768.

[21] Patrick Canning & Brian Stacy, *The Supplemental Nutrition Assistance Program (SNAP) and the Economy: New Estimates of the SNAP Multiplier*, UNITED STATES DEPARTMENT OF AGRICULTURE (July 2019), https://perma.cc/CE6C-NFFJ.

**B. SNAP is especially important for America's most vulnerable low-income populations—children, elderly, and disabled persons—as well as the working poor.**

Vulnerable populations—including children, the elderly, and persons with disabilities—are at heightened risk of food insecurity,[22] and SNAP provides them with a critical line of support. The vast majority of households receiving food assistance through SNAP—nearly 80%—include at least one person in one of these three groups.[23]

First, children represent one of the largest groups served by SNAP. In 2023, nearly 40% of all SNAP participants were under the age of eighteen, and over 60% of households receiving benefits included children.[24] The importance of SNAP and other food-assistance programs for children cannot be overstated. Access to adequate and nutritious meals during childhood supports healthy physical and cognitive development, academic performance, and positive long-term health

---

[22] Angela Odoms-Young et al., *Food Insecurity, Neighborhood Food Environment, and Health Disparities: State of the Science, Research Gaps, and Opportunities*, 119 AM. J. CLINICAL NUTRITION 850 (2024); https://perma.cc/7TU9-QCXX; *Characteristics of SNAP Households: Fiscal Year 2023*, USDA FOOD & NUTRITION SERV., https://perma.cc/79UH-BXAJ.

[23] *Characteristics of SNAP Households: Fiscal Year 2023*, *supra* note 22.

[24] *Id.*

outcomes.[25] Research consistently shows that children who experience food insecurity are more likely to face developmental delays, behavioral challenges, and poor educational outcomes.[26] And as reflected in the chart reproduced below, the advantages SNAP benefits confer on children have been shown to last a lifetime.[27]

---

[25] Juliana F.W. Cohen et al., *Universal School Meals and Associations with Student Participation, Attendance, Academic Performance, Diet Quality, Food Security, and Body Mass Index: A Systematic Review*, NUTRIENTS, Mar. 2021, https://perma.cc/9XFU-PY9G.

[26] *Id.*

[27] *Chart Book*, *supra* note 11; *see also* Ashbrook, *supra* note 19 (observing that those with access to SNAP before the age of five later demonstrated greater economic self-sufficiency, as well as a decreased likelihood of incarceration).



**Children With Access to SNAP Fare Better Years Later**

Percentage-point change in outcomes for adults in counties that implemented SNAP, compared to adults in counties that did not

18% — High school completion

-6% — Stunted growth

-5% — Heart disease

-16% — Obesity

Note: The study compared individuals in counties that implemented SNAP (then food stamps) during their early childhood, after the program's introduction in the 1960s and early 1970s, to similar individuals in counties that did not (because they were born before its introduction).

Source: Hoynes, Schanzenbach, and Almond, "Long-Run Impacts of Childhood Access to the Safety Net," American Economic Review, April 2016.

CENTER ON BUDGET AND POLICY PRIORITIES | CBPP.ORG

Second, SNAP benefits are also indispensable for many elderly Americans. For seniors, food insecurity is often intertwined with other challenges, including chronic health conditions, limitations on mobility, fixed incomes, and high medical costs.[28] As a result, low-income seniors often face a choice between spending limited funds on healthy meals and

[28] *Get the Facts on Food Insecurity and Older Adults*, NAT'L COUNCIL ON AGING (June 1, 2024), https://perma.cc/VN5Z-9SMA.

15

conserving resources for other necessities.[29] And obstacles to enrollment may be especially daunting for older Americans, as eligible seniors do not manage to access benefits at the same rates as other groups.[30] But for older Americans who are enrolled, SNAP significantly improves health and reduces financial stress.[31] Research links SNAP participation among seniors to reduced hospitalizations, lower healthcare costs, and delayed entry into nursing home—largely due to better nutrition and avoiding trade-offs between paying for food and obtaining medical care.[32]

Third, SNAP provides vital assistance to individuals with disabilities.[33] Like seniors, many individuals with disabilities have fixed incomes and encounter higher costs of living due to medical and accessibility needs. As a result, they are more likely to struggle with food

---

[29] Heather Hartline-Grafton, *Hunger Is a Health Issue for Older Adults*, FOOD RSCH. & ACTION CTR. (Dec. 2019), https://perma.cc/KN6R-ECR5.
[30] *Chart Book*, *supra* note 11 ("Older adults are underserved. Many low-income older adults who struggle to get by on low, fixed incomes and have critical unmet dietary needs don't participate in SNAP.").
[31] Hartline-Grafton, *supra* note 30, at 4–5.
[32] *Id.* (citing studies that found increased SNAP participation would have saved the community $53 million).
[33] *Characteristics of SNAP Households*, *supra* note 23 (identifying 10% of SNAP participants as non-elderly adults with disabilities).

insecurity than their non-disabled peers.[34] Furthermore, as with the elderly, those with disabilities may be more susceptible to the adverse health effects of food insecurity.[35] And, as with the elderly, increases in the administrative burdens associated with applying for SNAP benefits disproportionately affect persons with disabilities, putting them at heightened risk of losing or being excluded from benefits.[36]

Furthermore, across all populations, SNAP is one of the nation's most effective tools in the fight against poverty. To be eligible for SNAP benefits, a household's net income must be below the federal poverty line. 7 U.S.C. § 2014(c), (g). Notably, the vast majority of households receiving SNAP benefits—while among the nation's poorest—include at least one working person.[37] Working persons and those who are not expected to be

---

[34] Hayley Brown et al., *The Disability and Economic Justice Chartbook*, CTR. FOR ECON. & POL'Y RSCH. (Oct. 1, 2024), https://perma.cc/T8GS-REBC.

[35] Bonnielin K. Swenor et al., *Food Insecurity in the Disability Community: Disparities in SNAP Access*, HEALTHAFFAIRS (May 17, 2021), https://perma.cc/NX47-J5KR.

[36] *Id.*

[37] *See* Tracey Loveless, *Most Families With 2018 SNAP Benefits Had At Least One Person Working*, U.S. CENSUS BUREAU (July 21, 2020), https://perma.cc/6RB8-7N7D ("More than three-quarters of those families [receiving SNAP benefits] had at least one person working and about one-third included two or more workers . . . .").

part of the working population (children, elderly, or disabled persons) comprise nearly the entire SNAP population, as the chart reproduced below shows. [38] The addition of SNAP benefits to these households' budgets effectively lifts millions of working and vulnerable persons out of poverty each year.[39]

---

[38] *Chart Book*, *supra* note 11.
[39] *See* Laura Wheaton & Victoria Tran, *The Antipoverty Effects of the Supplemental Nutrition Assistance Program*, URBAN INST. (Feb. 2018), https://perma.cc/6XP4-5CTU; Aris Folley, *SNAP Increase Helped Lift Nearly 3M People out of Poverty: Analysis*, HILL (Apr. 22, 2025), https://perma.cc/XJZ2-GR6K.



**4 in 5 SNAP Participants Aren't Expected to Work or Are Working**

Not expected to work — Working — Not working

Children under 18: 42%

Working: 13%

Not working: 16%

Older adults (60+): 15%

Disabled adults (18-59): 10%

Other adults*: 4%

*Includes adults caring for a child under 6 in a household with a worker, and non-disabled adults caring for a disabled person.

Note: Federal regulations excuse adults caring for children under 6 or for people with disabilities from general SNAP work requirements. (See 7 CFR 273.7(b).) "Other adult" refers to adults between 18 and 59 years old who are not earning income. The shares of elderly and people with disabilities are slightly smaller than the overall shares of SNAP participants who are elderly or have disabilities that are published in the USDA's annual published report. These shares only count those individuals who do not earn an income.

2020 estimates are for the pre-pandemic period of October 2019 to February 2020 only. SNAP Quality Control Household Characteristics data are not nationally representative for the remainder of fiscal year 2020 (March through September 2020) due to limitations in data collection during the COVID-19 pandemic.

Source: CBPP tabulations of USDA 2020 pre-pandemic SNAP household characteristics data.

CENTER ON BUDGET AND POLICY PRIORITIES I CBPP.ORG

As the foregoing discussion demonstrates, SNAP is a critical lifeline for some of the country's most vulnerable groups and boosts growth during times of economic downturn.

## C. SNAP provides crucial benefits in Missouri.

SNAP is a particularly important safety net program in Missouri, where there are relatively high levels of poverty and food insecurity when compared to national averages.[40] In 2024, SNAP served nearly 660,000 Missouri residents—about 11% of the State's population.[41] This included one in eight rural households, one in seven small-town households, and one in eleven metro-area households.[42] Of those households participating in SNAP in Missouri, the vast majority include an employed adult (79%), someone with a disability (54%), or a child (46%).[43]

As elsewhere in the country, SNAP not only improves the health and well-being of participants but also contributes significantly to the State's economy. For example, nearly $1.5 billion in SNAP benefits were redeemed in Missouri in FY 2023, which led to an additional $2.3 billion

---

[40] Annette Kendall & Luke Dietterle, *Food Access and Insecurity*, MO. ECON. INDICATORS (MU Extension), Feb. 17, 2025, https://perma.cc/L4QR-T5YR.

[41] Catlin Nchako, *A Closer Look at Who Benefits from SNAP: State-by-State Fact Sheets*, CTR. ON BUDGET & POL'Y PRIORITIES (Jan. 21, 2025), https://perma.cc/5MAC-YY8G.

[42] *Protect SNAP to Reduce Hunger and Strengthen Local Economies in Missouri*, FOOD RSCH. & ACTION CTR. (May 2025), https://perma.cc/EY2W-NPCU.

[43] *Id.*

flowing through the State.[44] Economic stimulus resulting from SNAP lifted over 100,000 Missourians above the poverty line, including 46,000 children, between 2015 and 2019.[45] These economic benefits are especially significant in rural areas of Missouri, with SNAP having its largest impact on those counties.[46]

## II. The District Court's Order Properly Protects Plaintiffs' Access to Vital SNAP Benefits and Their Far-Reaching Benefits.

Congress established SNAP to "safeguard the health and well-being of the Nation's population by raising levels of nutrition among low-income households," and to "permit low-income households to obtain a more nutritious diet through normal channels of trade by increasing food purchasing power for all eligible households who apply for participation." 7 U.S.C. § 2011. Toward that end, States administering SNAP are required to provide "timely, accurate, and fair service to applicants for, and participants in," the program, *id.* § 2020(e)(2)(B)(i),

---

[44] *Overview of the Supplemental Nutrition Assistance Program (SNAP) in Missouri*, MISSOURI BUDGET PROJECT (Apr. 7, 2025), https://perma.cc/YD35-29EK.
[45] *Missouri: Supplemental Nutrition Assistance Program*, CTR. ON BUDGET & POL'Y PRIORITIES (Jan. 21, 2025), https://perma.cc/63ZS-N8PQ.
[46] *Overview of the Supplemental Nutrition Assistance Program (SNAP) in Missouri, supra* note 44.

"schedule all interviews as promptly as possible," 7 C.F.R. § 273.2(e)(3), and ensure that "all eligible households who make [an] application" receive SNAP benefits, 7 U.S.C. § 2014(a).

Missouri has failed to fulfill these responsibilities, leading the State to wrongly deny benefits to eligible individuals. As the district court correctly concluded at summary judgment, uncontested evidence of wait-times and other procedural deficiencies demonstrate that the administrative processes employed by DSS do not satisfy its obligations under federal law. App. 4, 25–28 (R. Doc. 161 at 2, 23–26); *see also id.* at 31–34 (29–32). Notably, Missouri's appeal by the director of DSS does **not** challenge the court's assessment of the record in this regard or its conclusion that the State violated federal requirements for the administration of SNAP.

The district court found that dysfunction at DSS's call center prevents Missourians from completing the interview required before they can receive SNAP benefits, effectively blocking their access to this vital program. App. 4 (R. Doc. 161 at 2). Applicants calling to secure interviews face average wait times of nearly 50 minutes, and many are "deflected," meaning that the caller is automatically booted from the queue. App. 44–

45 (R. Doc. 220 at 2–3) (noting that, in March 2025, over 50,000 calls were deflected, and 16,000 disconnected after an average wait time of thirty-seven minutes).

In addition, the court found that access to in-person application support (at Resource Centers where individuals can get questions answered about the application process, get help with the required verification process, register applications, and access other resources) is largely unavailable. The Centers are severely understaffed; one Center, for example, reported a line out the door and a wait time of over two hours due to insufficient staffing. App. 12 (R. Doc. 161 at 10). Again, Missouri does not challenge these factual findings.

These types of deficiencies resulted in DSS's rejection of nearly 50% of SNAP applications solely for failure to complete the interview. App. 45 (R. Doc. 220 at 3). As the district court rightly concluded, "Missouri['s] system is broken and inaccessible." App. 25 (R. Doc. 161 at 23).

Rather than contest the district court's conclusion that unlawful systemic deficiencies violated the SNAP Act and its implementing

regulations,[47] Missouri focuses its appellate challenge on non-merits issues and challenges the scope of the injunctive relief ordered by the court. But, contrary to Missouri's suggestion, the district court's remedial order is not only *appropriate* in light of the record, but *essential* to ensure the lawful provision of critical food assistance under federal law.

In a manner that is both clear and straightforward, the remedial order secures the right of Plaintiffs to access SNAP benefits by addressing ongoing deficiencies in the State's program administration. The order clarifies Missouri DSS's responsibilities (including its responsibility to allow online applications and to mail paper applications), App. 48–50 (R. Doc. 220 at 6–8), and recognizes that DSS cannot lawfully deny applications "for failure to interview when the applicant has made reasonable attempts to complete their interview between the filing of the SNAP application and the relevant processing deadline," *id*. at 49 (7).

The district court's remedial order responds directly to "systemic, ongoing problems," App. 28 (R. Doc. 161 at 26), that block Mary Holmes, Andrew Dallas, and Denise Davis (as well as other eligible Missourians—

---

[47] The parties refer to Food and Nutrition Act of 2008, as amended, as the SNAP Act.

primarily working families with children, elderly, or disabled persons) from obtaining SNAP benefits, contrary to federal requirements and the intent of the SNAP Act. As the court correctly recognized, Missouri must comply with its obligation to provide "timely, accurate, and fair service to applicants for, and participants in" SNAP. 7 U.S.C. § 2020(e)(2)(B)(i). To reverse the ruling would be to give the State permission to ignore federal requirements and effectively cut off eligible Missourians from critical food assistance and the far-reaching benefits it brings.

## CONCLUSION

For the foregoing reasons, *amicus curiae* FRAC respectfully urges this Court to affirm the decision of the district court.

Respectfully submitted,

*s/Samantha L. Chaifetz*
Samantha L. Chaifetz
Josh Gardner
Samuel Pollock-Bernard
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Tel:   202-799-4000

*Counsel for Amicus Curiae*
*Food Research & Action*
*Center*

25

# CERTIFICATE OF COMPLIANCE

1.      This brief complies with the type-volume limitation of Fed. R. App. P. 29(a)(5) and Fed. R. App. P. 32(a)(7) because the brief contains 4,014 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2.      This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because the brief has been prepared in a proportionally spaced typeface in 14-point Century Schoolbook typeface; footnotes appear in 14-point Century Schoolbook typeface.

3.      This brief is virus free.


*s/Samantha L. Chaifetz*
Samantha L. Chaifetz

*Counsel for Amicus Curiae*
*Food Research & Action*
*Center*

# CERTIFICATE OF SERVICE

I certify that on November 13, 2025, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the Cout's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/Samantha L. Chaifetz*
Samantha L. Chaifetz

*Counsel for Amicus Curiae*
*Food Research & Action*
*Center*