**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 25-1987

---

Mary Holmes; Empower Missouri; Denise Davis; Andrew Dallas

Plaintiffs - Appellees

v.

Jessica Bax, in her official capacity as Director of the Missouri Department of Social Services

Defendant - Appellant

------------------------------

National Health Law Program; Food Research & Action Center

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:22-cv-04026-MDH)

---

**JUDGMENT**

Before LOKEN, SHEPHERD, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the district court's grant of summary judgment is affirmed in part and reversed in part, the permanent injunction is vacated, and remanded to the district court for proceedings consistent with the opinion of this court.

August 19, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler