**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 25-1987

Mary Holmes, et al.

Appellees

v.

Jessica Bax, in her official capacity as Director of the Missouri Department of Social Services

Appellant

------------------------------

National Health Law Program and Food Research & Action Center

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:22-cv-04026-MDH)

---

**MANDATE**

In accordance with the opinion and judgment of August 19, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 14, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit